28



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Francisca Vargas-Castillo

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v. Heidi Washington, Jeremy Howard, Healthcare Unit Manager of MDOC, RUM McClain, ARUM Hills, PC Aripe, PC Legato, Foodservice Manger McCullen, N Johnson, ADA coordinator, officer odum Officer Moppins, CO Buchee-Sharpener. CO Barkstale, CO Berellio, Flint, Toni Moore

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case: **2:26-cv-12368**
Assigned To : **Grey, Jonathan J.C.**
Referral Judge: **Ivy, Curtis, Jr**
Assign. Date : **7/13/2026**
Description: **PRIS VARGAS-CASTILLO V. WASHINGTON ET AL (TM)**

*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☒ No
*(check one)*

# Complaint for Violation of Civil Rights (Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Francisca Vargas-Castillo

All other names by which you have been known:

ID Number: 577260

Current Institution: Huron Valley Women's Complex

Address: 3201 Bemis Rd
Ypsilanti MI 48197

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Heidi Washington

Job or Title (if known): Director of MDOC

Shield Number:

Employer: Michigan Department of Correction

Address: P O Box 30003
Lansing MI 48909

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name: Jeremy Howard
Job or Title (if known): Warden of Huron Valley Women's Complex
Shield Number:
Employer: Michigan Department of Correction
Address: 3201 Bemis Rd
Ypsilanti MI 48197

☐ Individual capacity ☒ Official capacity

Defendant No. 3

Name: Healthcare Unit Manager of MDOC
Job or Title (if known): Manager
Shield Number:
Employer: MDOC
Address: 3201 Bemis Rd
Ypsilanti MI 48197

☐ Individual capacity ☒ Official capacity

Defendant No. 4

Name: McClain
Job or Title (if known): Resident Unit Manager
Shield Number:
Employer: MDOC
Address: 3201 Bemis Rd
Ypsilanti MI 48197

☐ Individual capacity ☒ Official capacity

Defendant No. 5

| | |
|---|---|
| Name | Hills |
| Job or Title (if known) | Assistant RUM of Unit 4 |
| Shield Number | |
| Employer | MDOC |
| Address | 3201 Bemis Rd<br>Ypsilant, MI 48197 |

☐ Individual capacity ☒ Official capacity

Defendant No. 6

| | |
|---|---|
| Name | Aripe |
| Job or Title (if known) | PC (Prisoner Consultant) of Unit 4 |
| Shield Number | |
| Employer | MDOC |
| Address | 3201 Bemis Rd<br>Ypsilanti MI 48197 |

☐ Individual capacity ☒ Official capacity

Defendant No. 7

| | |
|---|---|
| Name | Legato |
| Job or Title (if known) | PC of Unit 4 |
| Shield Number | |
| Employer | MDOC |
| Address | 3201 Bemis Rd<br>Ypsilanti MI 48197 |

☐ Individual capacity ☒ Official capacity

Defendant No. 8

Name: McCullen

Job or Title (if known): Food Service Manager of Huron Valley

Shield Number:

Employer: MDOC

Address: 3201 Bemis Rd
Ypsilanti MI 48197

☐ Individual capacity ☒ Official capacity

Defendant No. 9

Name: N Johnson

Job or Title (if known): ADA coordinator

Shield Number:

Employer: MDOC

Address: 3201 Bemis Rd
Ypsilanti MI 48197

☐ Individual capacity ☒ Official capacity

Defendant No. 10

Name: Odum

Job or Title (if known): Correction Officer (CO)

Shield Number:

Employer: MDOC

Address: 3201 Bemis Rd
Ypsilanti MI 48197

☐ Individual capacity ☒ Official capacity

Defendant No. 11

Name: Maupins
Job or Title (if known): Food Service correctional offier
Shield Number:
Employer: MDOC
Address: 3201 Bemis Rd
Ypsilanti MI 48197

☐ Individual capacity ☒ Official capacity

Defendant No. 12

Name: Buchee - Shoufner
Job or Title (if known): RGC Correctional officer
Shield Number:
Employer: MDOC
Address: 3201 Bemis Rd
Ypsilanti MI 48197

☐ Individual capacity ☒ Official capacity

Defendant No. 13

Name: Barkstale
Job or Title (if known): Unit 4 Correctional officer
Shield Number:
Employer: MDOC
Address: 3201 Bemis Rd
Ypsilanti, MI 48197

☐ Individual capacity ☒ Official capacity

Defendant No. 14

| | |
|---|---|
| Name | Berellio |
| Job or Title (if known) | Food Service CO |
| Shield Number | |
| Employer | MDOC |
| Address | 3201 Bemis Rd<br>Ypsilanti MI 48197 |

☐ Individual capacity ☒ Official capacity

Defendant No. 15

| | |
|---|---|
| Name | D Flint |
| Job or Title (if known) | Business office Manager |
| Shield Number | |
| Employer | MDOC |
| Address | 3201 Bemis Rd<br>Ypsilanti MI 48197 |

☐ Individual capacity ☒ Official capacity

Defendant No. 16

| | |
|---|---|
| Name | Toni Moore |
| Job or Title (if known) | Former Business office Manager |
| Shield Number | |
| Employer | MDOC |
| Address | 3201 Bemis Rd<br>Ypsilanti MI 48197 |

☐ Individual capacity ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

US Constitution Amendment I, Amendment IV, Amendment V, Amendment VI, Amendment VIII, Amendment IX Amendment XIV

MI Constitution Article I §2, §5, §11, §16, §17, Article XI §1

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The defendants violated the following law base MDOC policies

03 03 130 Humane treatment & living Conditions for Prisoners. MCL 791.203
04 02 105 Prisoner Funds 28 USC 1915, etc
04 02 107. Collection of Victim Restitution / court-ordered payment
03 03 105 Prisoner Discipline.
02 03 109 Discriminatory Harassment
04 07 100 offender meals and food quality assurance
02 03 107 Code of Ethics & Conduct

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* ______________________

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

IV Statement of Claims



Defendant No 1. Heidi Washington. Director of MDOC.

Before Ms Washington became the Director of MDOC, she was the Warden of Huron Valley. This facility's employees failed to follow the majorities of the law base MDOC policies. The Plaintiff found DW, ADW, even the Warden J Howard have difficulties understand MDOC policies. The CO s, Sargents, ranking officers all ignored the existance of MDOC policies. Are those MDOC employees are hired base-on merits? With the incompetences flooding in Huron Valley, Most likely they are hired by political favortism. Even with the Un-natural deaths of multiple inmates, this Director stated on Fox 2 news "Huron Valley has the perfect health care. No improvement is needed" Violation of US Constitution. Amend IV, V, VI, VIII IX XIV.; MI Constitution Article I; §2, §5, §8, §11, §16, §17, Article XI §1

Defendant 2. Jeremy Howard Warden of Huron Valley.

This Warden ran Huron Valley to the walls under Ms Washington. He was on LOA since June 2026. Under his leadership, Huron Valley employees forging federal debts, stealing funds from prisoner's trust accounts. Criminalized the courts. Food Service served the general population rotten & under state portion animal feeds grade foods. Black molds infested in most of the buildings. None of the building passed building codes or mechanical codes. There is zero supervision from this Warden to have Huron Valley running the legal ways. Stealings & fights are daily routines because of the inhumane treatments to inmates. He treated the human inmates like animals. Twisting the rights and wrongs so that no one would have the wills to file appeals. He had attorneys trained the inmate legal writers to feed the wrong laws to all inmates that seeks legal helps. I have been "blind & deaf" in MDOC for 8 years because I understand zero English.

Violation of US Constitution. Amend. IV, V, VI, VIII, IX, XIV. I.

MI Constitution. Article I §2, §5, §8, §11, §16 §17

Article XI §1

Defendant 3. Healthcare Unit Manager of MDOC

No inmates in Huron Valley know this HUN's name. None response from this HUN even thousands of kites sent to this HUN. My right ear has not been able to hear for 3 years. Other inmates helped me wrote medical kites, to get help. HC has never had an interpreter there to help the QHPs to understand my complaints. I can only rely on my roommates to tell me to chow or my name was annonced on the overhead speakers so I have no access to Health cares. even when my ear was bleeding for days.

Violation U S Constitution: Amend I, VIII

Violation MI Constitution: Article I. §2. §5

Article XI §1 & Hippocratic Oath

Defendant 4, McClain, Defendant 5, Hills, Defendant 6 Aripe, Defendent 7 Legato. They all served as unit 4 P C s.

plaintiff PSI clearly stated: No formal education. Unable to speak and understand English. Can speak Spanish but can not read and write Spanish.

plaintiff arrived Huron Valley 7/1/2019. For the whole 7 years. MDOC offered zero help. Eventhough all of them know plaintiff has been unable to function adequately in this English prison environment due to Lack of English proficieny. Plaintiff practically "blind and deaf" for 7 year straight. Unware of any programs, activities. daily rountines, legal access, entertainments etc existances. She basically has been living in her own world with bare connections around her, isolating from the community around is unacceptably cruel and unusual punishments. Legato even put a drug addict as bunkie plaintiff was unable to function. when this bunkie press false accusation against plaintiff. plaintiff did not have adequate English to defend herself

Instead of having an interpreter to help. Legato put plaintiff to segragation for 10 days. The other PC simply told she should speak English. plaintiff started school Sept 2025, Ms Rubio is a biligual teacher help a lot. plaintiff finally starting to understand some basic English. Plaintiff basically had to shut herself down to the people around her. it took plaintiff 7 months to communicate with the biligual inmate to help her to access ADA. lately.

Violation of US Constitution: Amend I IV, V VI VIII IX XIV.

MI Constitution. Article I §2. §5. §11 §16 §17

Article ~~X~~ XI §1

Defendent 8 McCullen.

plaintiff has no idea what classification is. RGC Ramdomly pick jobs for her. plaintiff worked in Food Service 2/1/2021 - 1/20/2026. For almost 5 years. Mr. McCullen allowed fellow inmate verbally abuse the plaintiff plaintiff worked 430 am - 1230 pm 5 day per week and constantly worked overtime to earn 0.33/Hour wage. They robbed her by putting her on 0.18/Hour wage for one year when other inmates only get 0.18/Hour wage for 1 month. That was excessive abuses. With the overtimes plaintiff work resulted over $600/year in incomes. Business office & Food Service had never. issue 1099-NEC per IRS Code. plaintiff had never applied TIN or W-8. and failed to do their jobs

violation of US Constitution Amend. I IV, V, VI, VIII, IX, XIV

violation of MI Constitution Article I §2, §5, §11, §16, §17

Article XI §1

Defendant 9. N. Johnson.

Defendant is unware Ms Johnson's existance until June 2026. The inmates said Ms Johnson is a nice person. Once the ADA forms submitted. she did offer some help promptly. Unfortunately, with the limit resources in her reach. Ms Johnson can only do very limit amount of help. ADA Managers in Lansing also received the application around the same time. This complaint is not for against Ms Johnson personally but. MDOC & ADA that limits Ms Johnson's work. Plaintiff still has no idea how ADA works.

Violation of US Constitution. Amend. I VI.
Violation of MI Constitution Art. I §2 §5

Defendant 10. Odum Defendant 11, Maupins Defendant 12 Buchee-Shoufner
Defendant 13 Barkstale Defendant 14 Berellio

All those COs are aware that plaintiff is unable to communicate in English. Those COs played daily roles in plaintiff's life by insulting Mexican, claim-ing plaintiff should of speak English, yelped at her when the plainff did absolutely nothing wrong by just not be able to express herself. Some of them went out of their ways to violate MDOC policies by creating hostile environments in Huron Valley. "Get away from my station" "You should of speak English" "Go away" "Do not speak to me. I do not understand you" are their routine practices. MDOC Slogan "Committed to torture, Dedicated to succeed" Suits those MDOC Employees perfectly. Maupins patted plaintiff in between her legs. plaintiff did not have capability to file PREA on Maupins.

Violation of US Constitution: Amend. I. IV V. VI VIII, IX, XIV
Violation of MI Constitution: Art I §2, §5, §11, §16, §17

Defendant 15 D Flint. Defendant 16 Toni Moore.

Both Defendants are Huron Valley Business office Managers at the same time. They were working side by side with each other to criminalize all the State Courts by Violating PD 0402105 PD 0402 107, MCLA 769.1L. They stole every single dollar for many inmate's monthly incomes over $50. No one knows where the money went. They always answer kites said they did not touch the money. They withheld 28% of Federal income taxes from my prisoner's trust acct. since 2023. without 1099-NEC or TAN or W-8. The tax withhold for income $0 - $11,600 in 2024 is 10%. They both are forging Federal debts. I sent a letter to Treasury Inspector General of Tax Administration along with Acct. Statements to shown Flint & Toni Moore are big rats. They alway left 1 penny in our accts after they stolen inmate's assets & blood money. That is exceptionally cruel.

Violation of US Constitution Amend I, Amend VI Amend VIII, Amend IX

Violation of MI Constitution: Article I. §2, §5 §11 §16 §17

Article XI §1

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Huron Valley Women's Complex.
9/1/2019 – present
Still continues on daily basis.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Plaintiff struggles every day in Huron Valley due to lack of English proficiency. It took 7 months for the writer of this complaint to understand her stories, struggles.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

plaintiff unable to speak English. There is still no interpreting service provides to plaintiff when this complaint is filed. Inmates around plaintiff can not communicate with her properly. So are the MDOC employees. Plaintiff unable to read and write Spainish. Her school teacher Ms Rubrio helps to write medical kites.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

plaintiff has been isolated from the over populated Unit 4 Huron Valley Housing Unit. approximate 190 humans she sees everyday but unable to communicate at all. Co s, Pc s discriminate her by yelling "you should of speak English" "get away from my station" etc. Inmutes bully her on daily basis. She signed paperworks she had no idea what they were. Her notice of Intent / Decision to Reinstate Prior Order stated. Francisca Vargas-Castillo Aka Meadrivil, Elizabeth Ramona. It was a mess up order. Plaintiff worked hard to support her 2 adopted children, 5 biological children on crazy working hours: 78 hours / week, 52 weeks / year. She also supported her frost mom who picked her up from the open water when she was abandoned by her biological parents. All of those persons including her younger siblings lost finaneial support from plaintiff since her incarceration. Baby daddy provied zero cents. It is the 2 adopted kids are working to support the Grandma & younger siblings in Guerrero Mexico. 3 kids are US Citizens.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

nominal damages: wage lost \$11 / hour × 12 hr/day × 6.5 days/wk × 52 weeks / year × 8 years = \$494,080

Punitive damages: \$45,000,000.

Total: \$45,494,080.

Punish the law breaking criminals that are hiding under the (color/name) of the State laws.

Granting of legal residency in the United States of America after plaintiff resides in the land of freedom for 18 years. MDOC insisted she stays in the US for the last 8 years. So are Detroit ICE. Please Grant her 4 non US Citizen children legal residency in the US. So plaintiff can have a whole family

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☒ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

The Plaintiff does not have any formal education. Could not Speak, Write or understand English. Could not read or write in Spanish before attend GED school in Prison since 2025. Plaintiff speaks Spainish.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

plaintiff did in the whole 8 years in Prison. Every single officials told her to get lost because no one understanded Spainish. plaintiff has no Idea what Grievance is. No one in mDOC bother to offer any information on everything about mDOC. Neighter that she can communicate properly

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ____________________

   Defendant(s) ____________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ____________________

3. Docket or index number

   ____________________

4. Name of Judge assigned to your case

_______________________________________________

5. Approximate date of filing lawsuit

_______________________________________________

6. Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. ____________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) ______________________________________

Defendant(s) ______________________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

_______________________________________________

4. Name of Judge assigned to your case

______________________________

5. Approximate date of filing lawsuit

______________________________

6. Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. ______________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

______________________________

______________________________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/4, 20 26.

Signature of Plaintiff [signature]

Printed Name of Plaintiff Francisca Vargas-Castillo

Prison Identification # 577260

Prison Address 3201 Bemis Rd

Ypsilant MI 48197

City State Zip Code

**Additional Information:**

8 uscs §1231

8 uscs §1227

8 uscs §1182 } mDOC & Detroit ICE violated this laws

JS 44 (Rev. 10/20)

County in which action arose: Washtenaw

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Francisca Vargas-Castillo

**(b)** County of Residence of First Listed Plaintiff Washtenaw
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

**DEFENDANTS**

County of Residence of First Listed Defendant Washtenaw
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ______ DOCKET NUMBER ______

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

# PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?

☐ Yes
☒ No

If yes, give the following information:

Court: ______________________________

Case No.: ______________________________

Judge: ______________________________

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)

☐ Yes
☒ No

If yes, give the following information:

Court: ______________________________

Case No.: ______________________________

Judge: ______________________________

Notes :

Francisca Vargas-Castillo 577260
3201 Bemis Rd
Ypsilanti, MI 48197

To: Office of the Clerk / US District Court
231 W Lafayette Blvd Rm 564
Detroit MI 48226

July 4th 2026

Dear Clerk,

Enclosed please find two complaint of Civil Rights:

Francisca Vargas-Castillo V Heidi Washington et al

Francisca Vargas-Castillo V Donald Teeple et al.

Plaintiff speaks no English. MDOC employees, inmate workers unable to communicate with her efficiently without the presence of the interpreter. They refused to make copy for plaintiff because Notification of Detainer (3 pages), Notice of intent & Affidavit (2 pages), Warrant for arrest of Alien (1 page). plaintiff had to submit the one and only copy she has. If you can kindly give her a copy of the above mentioned paperworks. It would be highly appreciated.

As soon as plaintiff confirm the Legal mail reaches the US District Court She will submit the noterized copies of prisoner account activity statements. please make sure the submitted PSI, warrant, Notice of Intent, Notice of Detainer are supporting legal exhibits for both complaints.

Thank you very much for your help

Sincerely

Francisca Vargas-Castillo

Francisca Vargas-Castillo 5TT260
3201 Bemis Rd
Ypsilanti MI 48197

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 48197 $ 004.74⁰
02 7W
0008038249 JUL 07 2026

RECEIVED
JUL 13 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHALS

To: Office of the Clerk / US District Court
231 W Lafayette Blvd. Rm 564
Detroit, MI 48226